Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA
Southern Division

FILED
2024 JUL -3 P 3: 39
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jessika D. Fields
*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Amber Rauscher
Katie Chatterton
Service Corporational
International
*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:24cv886-LSC
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  The Parties to This Complaint

   A.  **The Plaintiff**

   | | |
   |---|---|
   | Name | Jessika D. Fields |
   | Street Address | 356 17th Ave N.W. |
   | City and County | Centerpoint Jefferson |
   | State and Zip Code | Alabama 35215 |
   | Telephone Number | 205 516 3069 |
   | E-mail Address *(if known)* | Fields56@hotmail.com |

   ☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

7/3/24
Date

*Participant Signature*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Service Corporation International
- Job or Title *(if known)*:
- Street Address: 1929 Allen Pkwy
- City and County: Houston, Texas 77019
- State and Zip Code: Texas 77019
- Telephone Number: 713 522-5141
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Amber Rac
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address *(if known)* _____

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name **OCInternational/Rockco**
Street Address **3715 AL-25**
City and County **Montevallo**
State and Zip Code **Alabama**
Telephone Number **205 665-2135**

### II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*: _____

Relevant state law *(specify, if known)*: _____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s): Dec. 31, 2022 — Jan. 8, 2023

C.  I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me

☒  is/are not still committing these acts against me

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒  race _____

☒  color _____

☐  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age *(year of birth)* _____
*(only when asserting a claim of age discrimination)*

☐  disability or perceived disability *(specify disability)* _____

E.  The facts of my case are as follows. Attach additional pages if needed. _____

Attached Information

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 1/6/2023

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter

        ☑ issued a Notice of Right to Sue letter, which I received on *(date)*: 6/25/24

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question:

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed

        ☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am considering the time I was cheated out of had I retired, and what my family has gone through 780,000 which is negotiable

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 7/3/24

Signature of Plaintiff: Jessica J Fields

Printed Name of Plaintiff: Jessika Fields

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 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
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: June 25, 2024

**To:** Ms. Jessika D. Fields
1514 Wilderness Lane
Birmingham, AL 35235

Charge No: 420-2023-01114

EEOC Representative and email:    COURTNEY CHAMBERLAIN
Federal Investigator
courtney.chamberlain@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 420-2023-01114.

On behalf of the Commission,

SHERI GUENSTER  Digitally signed by SHERI GUENSTER
Date: 2024.06.25 11:54:14 -05'00'

/for Bradley A. Anderson
District Director

**Cc:**
Amber Rauscher
SCI Shared Resources, LLC
1929 Allen Pkwy
Houston, TX 77019

Katie Chatterton
SCI Shared Resources, LLC
1929 Allen Pkwy
Houston, TX 77019

Please retain this notice for your records.

## (No subject)

**jessika fields <fields56@hotmail.com>**
Wed 7/3/2024 9:58 AM
To:fieldsanita@gmail.com <fieldsanita@gmail.com>

If the body was embalmed and taken care of Sunday evening or Monday morning that was the objective to get the body taken care of so what was the problem in question? Answer because she had to do it herself. So this issue is it wasn't done when she wanted done and that still is not grounds for termination.

I feel like that proves even more of the real issue she was upset that she had to do it herself or find someone else. So I feel like it was done unjustly because she was mad that I wasn't able to assist her and I get that but that still not a reason to terminate me.

She is the manager she makes sure all funerals are covered and preparation are done whether she does it or not . Like on New years Eve which was an off day for me I filled in for her. She made sure that that service was covered because she is the manager that is her job to make sure that she has the staff to cover her funerals just like any other task. If I couldn't have done that service it still would have been her responsibility to make sure that that service is covered that is her job. She knew that I did not have transportation to complete the task at hand. She made a managerial decision not to go or not to get someone else to do it so she can place the blame on me and make it grounds for termination, which is not right. She deliberately waited until she could find a reason to let me go like a trip wire effect. Hands down she terminated me because she had to do something that I couldn't which is the truth. In addition you can't follow and bend the rules to benefit the situation in your favor or liking. Her stance was I left the individual out without preparation after the alloted time frame, she did as well. She can not take the responsibility of manger off when it best suits her. She had options and every opportunity to handle that situation and she didn't. If it was that important she should have taken responsibility into her own hands and done something about it but apparently it wasn't important enough to her as a manger to get it done in a timely fashion.

Ex. A family makes arrangements on Tuesday for a Thursday funeral and the funeral director off day is Wednesday and Thursday.

The family does not have the obituary information ready yet for printing funeral folders they bring it in on Wednesday when they said they can finish it, whos responsibility is it to get the information printed if the family didn't turn it in in a timely fashion? Whoever there at the time the acting funeral director and or manager. Are you just going to tell the family the funeral director wasn't there they were off work so they didn't get done? No that responsibility falls on the staff that is there at the time. You as a manager can not pick and choose when you want something to be important IT is all important in our profession.

Ex. Employee goes on medical leave on a Monday and is not due back for three weeks. The funeral home gets a few families in for the week and have insurance policies for payments. That particular employee is responsible for insurance coverage paperwork. You as a manger have to make a decision to either A. take on the task yourself or B. Wait for that employee to get back. More than likely as a manger you are going to do it yourself instead of waiting that long. That is what team work is about helping the next one. You support your team not set them up for failure.

She deliberately did that to get the blame and responsibility off her onto me, when in fact she was in charge of this all along. I stand by what I said she used this situation to back up and justify her prejudice against me and I will always believe that. If im under those rules she is under them as well because she is an SCI employee too.

Jessika D Fields
356 17th Ave N.W
Centerpoint, AL 35215
205 516 3059
Charge No. 420-2023-01114

Rebuttal to charge 420-2023-01114
Jessika Fields
356 17th Ave N.W. 35215
Centerpoint, AL 35215

I was transferred to that particular location in September 2022. I was at Rockcos from September 2022 to January 2023. Never was late and only called in once. Always punctual and never late for work. Also that Saturday I worked for Kristi Hall a funeral that she was supposed to work (I have that text I will upload) on that Saturday December 31, 2022 which she asked me to work for her because of her nieces were coming into town and she would like to see them for the holiday and she wanted to spend time with them. I said sure not a problem.

My off days were Friday and Saturday at the time so I'm confused to why Mrs. Hall thinks or thought I was not capable of doing my job when she asked me to take over a funeral of a family she met with. Mr, Donald Everrett Freeman I did that with no problem and you can check the

chain of custody for that because he was buried in Lawley Alabama and it was a graveside and he had military honors at the graveside service. The son paid for the funeral with his Navy Federal credit card. He died the last week of the year of 2022. You can check the chain of custodies and funeral log. I do have to remind you she does have the capabilities to remove paperwork and change. She removed the online obituary so there is no information on him. The chain of custody is used when anyone touches or has in their possession any body or cremated remains so if anything goes wrong or misplaced you can look and see on the paperwork who had this person last. So I just find it strange that she said that. I was there for 5 months and all of a sudden I didn't know how to do my job.

2. The day she terminated me I was not at work *I* only came up their to update something in my email and benefit not to work so after I did that I left I got there in the afternoon not the morning

she never told me of course that she needed to talk to me so when I left she called me back but that do was not a work day for me

3. I never ever received a write up while working there. The same weekend that Saturday she asked me to work a funeral for her for Mr. Donald Everrett I agreed to do that as a favor for her on my off day as a favor to her. She asked me to cover for her.

4. I called in sick that Monday morning because it didn't feel well, you can't give sick notice two weeks in advance. You can't say three days before you are going to call in sick. That is what pto is for. I gave her the only notice that I and I was out for a few days because of that. Ms. Hall Knew this and she was told.

5. Everyone that works for Sci are under the same rules no one person is above or below those rules. Ms. Misty Busic and Mr. McBryer violated major major policies but were able to

keep their jobs/career and neither one was reprimanded for their actions, and they were given grace and still are employed. They both failed to check the chain of custody which are two big major policies. I'm not trying to insult anyone who may read this but they are of caucasian descent and I am african american that so called violated a policy but I lost my job/career and they were allowed to keep theirs, and they violated policy as well. They were given grace so I feel as though I should have been given the same grace as they were.



Jessika D Fields
356 17th Ave N.W
Centerpoint Al 35215
205 516-3059

9:39

Madi...
Active

SEP 14, 2023 AT 12:35 PM

She's calmed down a little with me bc she knows I'll leave but she def is tough on the apprentices and everyone in centreville!

## (No subject)

**jessika fields** <fields56@hotmail.com>
Wed 7/3/2024 9:34 AM
To: fieldsanita@gmail.com <fieldsanita@gmail.com>

The company Sci has allowed Kristi to get away with being mean and rude and intimidating to employees. She just had a run in with an apprentice that escalated to a human resources situation. The company has allowed her to be a bully and some employees have been afraid to contact them because they know that their job could be in jeopardy. Kesha Matos was an apprentice at the same location I was and and Ms. Kristi Hall threw a book of papers at Kesha with no repercussions to her actions. Sci has a history of allowing managers to excuse and get away with mistreating employees. I have a full list of past and current employees that I am attaching that have had terrible experiences while being an employee within the company. Black employees have been subjected to much harsher repercussions and reprimands than others. Example The company had to pay 12 million dollars to Mr. Taub because Misty Busic lost/misplaced his cremated wife remains. In the state of Alabama cremated remains are still considered a human being. She lost an entire human being and nothing was done. No reprimand or repercussions can upon her at all. Validate Chapel here in Homewood AL buried the wrong individual and I also have the contact information for the person who sat with that family her name is Jennifer Coleman she was there at the time it happened and nothing was done about it no repercussions or reprimand to the manger or the funeral attendant or director that was in charge that day. I physically couldn't get to the funeral home to do my embalming and Kristi was notified of that. Attached is the phone call that was made, and text messages as well. Kristi is the manager and she lives 15 minutes away. At the time I lived an hour and 15 minutes away and I didn't have a way out there. I could have accepted a a write up or suspension or something of that nature but the company allowed her to terminate me on one offense. I had only been there at that location 3 months. I was never late and I always always did my job. I have text messages from an an employee that she is still being mean and hurtful to her employees and the company still allows her to do so.

Jessika Fields
356 17th N.W
Centerpoint, AL 35215

205 516-3059